IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLINT BURLETT,<br><br>Defendant. | Case No. 1:23-mj-189<br><br>Hearing: November 3, 2023<br>2:00 PM |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT beginning on or about September 29, 2022, and ending on or about November 8, 2022, in Loudon County, Virginia, within the Eastern District of Virginia, the defendant, CLINT BURLETT, placed and directed the placement of bait on and adjacent to an area for the purpose of causing, inducing, and allowing any person to take and attempt to take any migratory bird by the aid of baiting on and over the baited area.

(In violation of Title 16, United States Code, Section 704(b)(2)).

Respectfully submitted,

Raj Parekh
Acting United States Attorney

Date: October 26, 2023     By:  _____/s/_____
Sehar Sabir
Assistant United States Attorney